COPY

1  Thomas G.F. Del Beccaro (California Bar #132351)
   **Del Beccaro, Hornsby & Blake**
2  800 So. Broadway, Suite 301
   Walnut Creek, California 94596
3  Telephone: (925) 280-4487
   Facsimile: (925) 284-2015
4
5  Robert R. Pohls (California Bar #131021)
   Stacey L. Leask (California Bar #233281)
   **Pohls & Associates**
6  12657 Alcosta Boulevard, Suite 150
   San Ramon, California 94583
7  Telephone: (925) 973-0300
   Facsimile: (925) 973-0330
8
9  Attorneys for Plaintiff **Ernest C. Wheeler**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST C. WHEELER, | Case No. |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

POHLS & ASSOCIATES

_____
Robert R. Pohls
Attorneys for Plaintiff
**Ernest C. Wheeler**