1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    ERNEST C. WHEELER,                    No. C 08-01738 SBA
8            Plaintiff,                    **CLERK'S NOTICE**
9       v.
10   MICHAEL CHERTOFF,
11            Defendant.
12   _____/
13   **Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this**
14   **action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of**
     **service with the Clerk of the Court.**
15           YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **July 2,**
16   **2008, has been moved to, July 2, 2008, at 3:15 p.m., via telephone.**
17           **Plaintiff's counsel is to set up the conference call with all the parties on the line and call**
     **chambers at (510) 637-3559.**
18           **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR**
19   **AUTHORIZATION OF THE COURT.)**
20           **Counsel shall file a Joint Case Management Conference Statement 10 days in advance**
     **of the Case Management Conference that complies with the Standing Order For All Judges Of**
21   **The Northern District Of California and the Standing Order of this Court.**
22   **Dated: 4/7/08**
                                          **FOR THE COURT,**
23
                                          **Richard W. Wieking, Clerk**
24
                                          **By: s/Lisa R. Clark_____**
25                                              **Courtroom Deputy**
26
27
28

**United States District Court**
**For the Northern District of California**