AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| ERNEST C. WHEELER | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| MICHAEL CHERTOFF | ) CV 08 1738 |
| Defendant | ) |

**FILED**
APR 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SBA

### Summons in a Civil Action

To:   MICHAEL CHERTOFF
        *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   APR 1 2008

Richard W. Wieking
Name of clerk of court

_/s/_
Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ______________________, by:

(1) personally delivering a copy of each to the individual at this place, ____________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ____________________________________________________________; or

(4) returning the summons unexecuted to the court clerk on ________________.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00.

Date: ______________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address