AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| ERNEST C. WHEELER | ) |
|---|---|
| Plaintiff | ) |
| v. | )  Civil Action No.  C08-01738 SBA |
| MICHAEL CHERTOFF | ) |
| Defendant | ) |

**Amended
Summons in a Civil Action**

To:  MICHAEL CHERTOFF
*(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas G.F. Del Beccaro    or    Robert R. Pohls
Del Beccaro, Hornsby & Blake         Pohls & Associates
800 S. Broadway, Suite 301           12657 Alcosta Boulevard, Suite 150
Walnut Creek, California 94596       San Ramon, California 94583

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  APR 1 5 2008

**CYNTHIA L FNAHAN**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ______________________,
by:

(1) personally delivering a copy of each to the individual at this place, ___________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ________________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________________________________________________________; or

(4) returning the summons unexecuted to the court clerk on ________________.

My fees are $ ________________ for travel and $ ________________ for services, for a total of $ 0.00.

Date: ________________________

______________________________________
Server's signature

______________________________________
Printed name and title

______________________________________
Server's address