AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| ERNEST C. WHEELER | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.   C08-01738 SBA |
| MICHAEL CHERTOFF | ) | |
| Defendant | ) | |

**Amended**
**Summons in a Civil Action**

To:   MICHAEL CHERTOFF
        *(Defendant's name)*

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas G.F. Del Beccaro                   or          Robert R. Pohls
Del Beccaro, Hornsby & Blake                         Pohls & Associates
800 S. Broadway, Suite 301                           12657 Alcosta Boulevard, Suite 150
Walnut Creek, California 94596                       San Ramon, California 94583

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 1 5 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __APRIL 15, 2008__, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __on the attachment hereto, in accordance with FRCP Rule 4(i)__; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

Date: __5/14/2008__

_____
Server's signature

__Robert R. Pohls, Attorney for Plaintiff__
Printed name and title

__12657 Alcosta Blvd., Ste. 150, San Ramon, CA 94583__
Server's address

***Ernest C. Wheeler v. Michael Chertoff, etc.***
U.S. District Court, Northern District of California
Case No. CV08-1738 SBA
(Attachment to Amended Summons)

In accordance with Rule 4(i) of the Federal Rules of Civil Procedure, copies of the summons and complaint were sent by certified mail (return receipt requested) to each of the following persons/entities at the addresses set forth below:

| | |
|---|---|
| Civil-Process Clerk<br>United States Attorney's Office<br>1301 Clay Street, Suite 340S<br>Oakland, California  94612 | Federal Emergency Management Agency<br>500 C Street SW<br>Washington, D.C.  20472 |
| Michael B. Mukasey, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530-0001 | Secretary Michael Chertoff<br>U.S. Department of Homeland Security<br>Washington, D.C.  20528 |

Copies of the return receipt executed upon the delivery of each such set of documents are attached hereto.

In accordance with Civil Local Rule 4.2, copies of the following documents were concurrently served on each such person/entity, in the same manner:

(a) A copy of the Order Setting Initial Case Management Conference and ADR deadlines issued pursuant to Civil L.R. 16-2(a), (b) or (c);

(b) A copy of Judge Anderson's Standing Orders;

(c) A copy of the Standing Order for All Judges regarding the Contents of a Case Management Statement; and

(d) A copy of the Court's form of notice concerning the availability of a Magistrate Judge to exercise jurisdiction.

Copies of the following documents also were concurrently served on each such person/entity, in the same manner:

(a) A copy of the Civil Cover Sheet for this action;

(b) A copy of the Certification of Interested Entities or Persons that plaintiff filed on April 1, 2008; and

(c) A copy of the Court's ECF Registration Information Handout.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Barnum_  ☒ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery<br>BARNUM  4/17/8 |
| 1. Article Addressed to:<br><br>CIVIL-PROCESS CLERK<br>UNITED STATES ATTORNEY'S OFFICE<br>1301 CLAY STREET, SUITE 340S<br>OAKLAND, CALIFORNIA<br>94612 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7006 0810 0002 7724 2679 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Edmund Parker_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>APR 21 2008 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>MICHAEL B. MUKASEY, ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, D.C.<br>20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0002 7724 2686 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Jordan [?]   C. Date of Delivery: 4/24/08 |
| 1. Article Addressed to:<br><br>Federal Emergency Management Agency<br>500 C Street<br>Washington, D.C. 20472 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0002 7724 2693 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Lynda P. Pilgrim   C. Date of Delivery 4/29/08 |
| 1. Article Addressed to:<br><br>Secretary Michael Chertoff<br>U.S. Dept. of Homeland Security<br>Washington, D.C. 20528 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7006 0810 0002 7724 2709 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540