JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7155
    Fax: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERNEST C. WHEELER,<br><br>                Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF,<br><br>                Defendant. | No. C 08-1738 SBA<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that representation of Defendants in the above-entitled proceeding will be Neill T. Tseng, Assistant United States Attorney.

                                      Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

Dated: May 16, 2008                      /s/
                                        NEILL T. TSENG
                                        Assistant United States Attorney