UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ernest C. Wheeler

          Plaintiff(s),

v.

Michael Chertoff, Secretary, Department
of Homeland Security, FEMA
          Defendant(s).

Case No. C 08-01738 SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 06/09/08

Dated: 6/9/08

*Agency Representative for FEMA-DHS*
*Lynda Pilgrim*
[Party] Senior Trial Attorney for Litigation, Office of Chief Counsel, FEMA-DHS

*Neill*
[Counsel]
AUSA, Counsel for Defendant