# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wheeler,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Chertoff,<br><br>　　　　　　Defendant(s). | 08-01738 SBA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **G. Scott Emblidge**
> Moscone, Emblidge & Quadra LLP
> Mills Tower, Suite 2100
> 220 Montgomery St.
> San Francisco, CA 94104
> 415-362-3599
> emblidge@meqlaw.com

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01738 SBA MED　　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: June 19, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01738 SBA MED                       - 2 -