UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 7/2/08

C-08-01738 SBA             JUDGE: SAUNDRA BROWN ARMSTRONG

**Title:** ERNEST C. WHEELER vs. MICHAEL CHERTOFF
**Atty.:**  TOM DEL BECCARO            NEILL TSENG

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:**     N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)    ( ) Granted      ( ) Denied       ( ) Off Calendar
            ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to _____ for a Telephone Case Management Conference at  p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off 3/16/09    Expert Discovery Cut-off 4/1/09
Plft to name Experts by  2/24/09    Deft to name Experts by 2/24/09
All Dispositive Motions to be heard by ( Motion Cut-off) 4/28/09
Case Continued to 6/9/09    for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 5/19/09   Motions in limine/objections to evidence due 5/26/09
Responses to motions in limine and/or responses to objections to evidence due 6/2/09
Case Continued to 6/15/09    for Trial(Court/Jury: 5-7  Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE  TO BE ASSIGNED  FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 4/29-5/15/09 BEFORE A MAGISTRATE JUDGE; CASE REFERRED TO COURT MEDIATION TO BE HELD BEFORE 9/10/08
cc: WINGS HOM & ADR VIA FAX