Thomas G.F. Del Beccaro (California Bar #132351)
**Del Beccaro, Hornsby & Blake**
800 So. Broadway, Suite 301
Walnut Creek, California 94596
Telephone: (925) 280-4487
Facsimile: (925) 284-2015

Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**Pohls & Associates**
12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorneys for Plaintiff **Ernest C. Wheeler**

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6748
   neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ERNEST C. WHEELER, ) | No. C 08-01738 SBA |
| ) | |
|    Plaintiff, ) | STIPULATION TO ENLARGE |
| ) | MEDIATION DEADLINE; ORDER |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security, Federal ) | |
| Emergency Management Agency ) | |
| ) | |
|    Defendant. ) | |

STIPULATION TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
C 08-01738 SBA                       1

Subject to the approval of the Court, the parties hereby stipulate that the deadline for mediation in this case will be enlarged from September 12, 2008, to December 15, 2008. The parties agree that this enlargement is necessary to allow both parties time to conduct sufficient discovery to make the mediation more productive. This is the first request for enlargement of the mediation deadline. All other case management deadlines, including the trial date, remain the same.

Respectfully submitted,

*DEL BECCARO, HORNSBY & BLAKE*
*POHLS & ASSOCIATES*

Dated: August 12, 2008   By:   /s/
Thomas G. Del Beccaro
Attorneys for Plaintiff **Ernest C. Wheeler**

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 12, 2008   By:   /s/
NEILL T. TSENG
Assistant United States Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:9/2/08                                    _/s/ Saundra B Armstrong_
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
C 08-01738 SBA                                2