Thomas G.F. Del Beccaro (California Bar #132351)
**Del Beccaro, Hornsby & Blake**
800 So. Broadway, Suite 301
Walnut Creek, California 94596
Telephone: (925) 280-4487
Facsimile: (925) 284-2015

Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**Pohls & Associates**
12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorneys for Plaintiff **Ernest C. Wheeler**

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ERNEST C. WHEELER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security, Federal Emergency Management Agency <br><br> Defendant. | No. C 08-01738 SBA <br><br> **STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIALITY** |

Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

The parties agree that entry of the following protective order is necessary in order to: (1) facilitate discovery of information without document by document controversy concerning confidentiality; (2) protect current and former employees of the defendant from undue annoyance, embarrassment, oppression, burden and expense resulting from public disclosure or use for purposes other than this litigation of confidential information that the parties will disclose in discovery; and (3) avoid violation of the Privacy Act as codified at 5 U.S.C. §552a. The parties therefore request that the Court enter the following protective order pursuant to Federal Rule of Civil Procedure 26(c).

## STIPULATED ORDER

All documents obtained from the defendant in response to discovery requests made under the Federal Rules of Civil Procedure, or made pursuant to any disclosure requirement, that are contained within any EEO file relating to an EEO complaint against Judith Reilly by Georgetta Law, Harold Pashon or Richard Rodenbaugh, shall be subject to the following restrictions:

1. All information shall be used only for the purpose of this litigation and not for any other purpose;

2. No information shall be disclosed to anyone other than (a) the attorneys employed by plaintiff and its staff; (b) the parties; (c) actual or potential third-party witnesses; (d) outside experts or consultants retained by any of the parties or their counsel for purposes of this litigation; (e) the Court in further proceedings herein; (f) stenographic deposition reporters; and (g) other persons upon whom the parties mutually agree in writing;

3. There shall be no reproduction of the documents, except that, as required by the

litigation, copies, excerpts, or summaries may be shown to those authorized in Paragraph 2;

4. Except as otherwise provided in Paragraphs 2 and 3, all documents shall remain in the custody of the plaintiff's attorneys of record during the pendency of the litigation;

5. Upon final determination of this litigation, including all appeals, all documents, including copies, extracts or summaries thereof, shall be returned to defendant's counsel. Notwithstanding this paragraph, however, the plaintiff's attorneys may retain one copy of each pleading and other document filed with the Court that contains any documents covered by this Order; and

6. This Stipulation and Protective Order is without prejudice to the right of any party to seek modification of it from the Court. It shall remain in effect until such time as it is modified, amended or rescinded by the Court and shall survive termination of this action. The Court shall have continuing jurisdiction to modify, amend, or rescind this Stipulation and Protective Order notwithstanding the termination of this action.

Respectfully submitted,

*DEL BECCARO, HORNSBY & BLAKE*
*POHLS & ASSOCIATES*

Dated: February 6, 2009   By:   /s/
Thomas G. Del Beccaro
Attorneys for Plaintiff **Ernest C. Wheeler**

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 6, 2009   By:   /s/
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3  DATED: 2/11/09

HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate