Thomas G.F. Del Beccaro (California Bar #132351)
**Del Beccaro, Hornsby & Blake**
800 So. Broadway, Suite 301
Walnut Creek, California 94596
Telephone: (925) 280-4487
Facsimile: (925) 284-2015

Robert R. Pohls (California Bar #131021)
**Pohls & Associates**
12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorneys for Plaintiff **Ernest C. Wheeler**

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6748
neill.tseng@usdoj.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST C. WHEELER, | Case No. C08-01738 SBA |
| Plaintiff, | **Stipulation & [XXXXX] Proposed Order Re Trial Continuance** |
| vs. | |
| MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY, | TRIAL DATE: June 15, 2009 |
| Defendant. | |

**Trial Continuance Stipulation**
**Case No. C08-01738 SBA**                                                                                     Page 1

Plaintiff Ernest C. Wheeler ("Mr. Wheeler") and defendant Michael Chertoff, Secretary, Department of Homeland Security, Federal Emergency Management Agency ("FEMA") hereby jointly submit the following Stipulation for a trial continuance:

**IT IS HEREBY STIPULATED** and agreed by and between the parties hereto, the Defendants by and through their attorney, Mr. Neill Tseng, and the Plaintiff, by and through their attorney, Thomas Del Beccaro, that:

1. Due to the complexity of the case including the discovery and disclosure of additional fact witnesses by both parties, as well as the filing of motions to compel discovery by the Plaintiff, the parties need additional time to complete both written and deposition discovery;

2. The Parties also believe it necessary to continue the dates for expert disclosure and other scheduling matters including the trial date;

3. **Pre Trial Scheduling.**

    The parties propose the following revised pre-trial deadlines:
    - Fact discovery 4/20/09
    - Disclose experts 4/10/09; rebuttal 4/24/09
    - Expert discovery cutoff: 5/5/09
    - Dispositive motion filing deadline: 5/19/09
    - Last dispositive motion hearing date: 6/23/09
    - Pretrial conference: 10/20/09

4. **Trial Date.**

    The parties propose that the trial date be continued to 10/26/09 in keeping with the above schedule.

//
//

**Trial Continuance Stipulation**
**Case No. C08-01738 SBA**                                                                                    **Page 2**

5. **Other Matters.**

The parties are not currently aware of any other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

Respectfully submitted,

**DEL BECCARO, HORNSBY & BLAKE**

**POHLS & ASSOCIATES**

By: /S/ _____

Thomas G. Del Beccaro
Attorneys for Plaintiff **Ernest C. Wheeler**

**UNITED STATES ATTORNEY'S OFFICE**

By: /S/ _____

Neill T. Tseng
Attorneys for Defendants

**PURSUANT TO STIPULATION,
IT IS SO ORDERED:**

DATED: 3/25/09

_Saundra B. Armstrong_
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE