Thomas G.F. Del Beccaro (California Bar #132351)
**Del Beccaro, Hornsby & Blake**
800 So. Broadway, Suite 301
Walnut Creek, California  94596
Telephone:  (925) 280-4487
Facsimile:  (925) 284-2015

Robert R. Pohls (California Bar #131021)
**Pohls & Associates**
12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Plaintiff **Ernest C. Wheeler**

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6748
   neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ERNEST C. WHEELER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security, Federal Emergency Management Agency<br><br>    Defendant. | No. C 08-01738 SBA<br><br>STIPULATION TO CONTINUE HEARING DATE;  ORDER |

STIPULATION TO CONTINUE HEARING DATE; [PROPOSED] ORDER
C 08-01738 SBA                              1

Subject to the approval of the Court, the parties hereby stipulate that the hearing on Defendant's Motion for Summary Judgment will be continued from June 30, 2009, to July 14, 2009. This continuation is necessary because Defendant's counsel has a mediation scheduled for June 30, 2009, which was scheduled before the clerk's notice moving the date of the hearing to June 30, 2009, and is scheduled to be out of town on July 7, 2009. All other case management dates, including the trial date, remain the same.

Respectfully submitted,

***DEL BECCARO, HORNSBY & BLAKE***
***POHLS & ASSOCIATES***

Dated: May 20, 2009         By:         /s/
                                    Thomas G. Del Beccaro
                                    Attorney for Plaintiff **Ernest C. Wheeler**

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: May 20, 2009         By:         /s/
                                    NEILL T. TSENG
                                    Assistant United States Attorney
                                    Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 5/21/09                      _Saundra B Armstrong_
                                    HONORABLE SAUNDRA B. ARMSTRONG
                                    UNITED STATES DISTRICT JUDGE