UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST C. WHEELER, | No. C 08-1738 SBA  (JL) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| CHERTOFF, | |
| Defendant. | |

TO PLAINTIFF AND COUNSEL OF RECORD:

You are hereby ordered to appear before this Court on February 10, 2010, at 9:30 a.m. for a hearing on Defendant's motion to enforce protective order and compel return of documents (Docket # 65). This matter has been referred by the district court (Hon. Saundra Brown Armstrong) under 28 U.S.C. §636(b), and Plaintiff and counsel shall be prepared to show cause why this matter should not be certified to the district court as contempt for violation of the protective order in this case.

IT IS SO ORDERED.

DATED: January 11, 2010

_____
JAMES LARSON
United States Magistrate Judge