Thomas G.F. Del Beccaro (California Bar #132351)
**Del Beccaro, Hornsby & Blake**
800 So. Broadway, Suite 301
Walnut Creek, California 94596
Telephone: (925) 280-4487
Facsimile: (925) 284-2015

Attorney for Plaintiff **Ernest C. Wheeler**

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6748
   neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ERNEST C. WHEELER, ) | No. C 08-01738 SBA |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO DISMISS WITH |
| v. ) | PREJUDICE; ORDER |
| ) | |
| JANET NAPOLITANO, Secretary, ) | |
| Department of Homeland Security, Federal ) | |
| Emergency Management Agency ) | |
| ) | |
| Defendant. ) | |
| ) | |

     THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff ERNEST WHEELER and defendant JANET NAPOLITANO,[1] Secretary, Department of Homeland Security, Federal Emergency Management Agency, hereby stipulate to dismiss with prejudice

---

[1] Janet Napolitano is substituted for her predecessor Michael Chertoff as the defendant in this case.

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
C 08-01738 SBA           1

the above-captioned action, including all claims that were or could have been asserted therein. Each party will bear its own costs and attorneys fees.

Respectfully submitted,

DATED: _____
THOMAS G. DEL BECCARO
***DEL BECCARO, HORNSBY & BLAKE***
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney

DATED: _____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: 2/25/10   _____*Saundra B Armstrong*_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE